# Exhibit C



## SUMMARY OF STATISTICS ON ICE DETAINERS
### July 1, 2023 to June 30, 2024

- Number of civil immigration detainers received:  99

- Number of individuals held pursuant to civil immigration detainers beyond the time when such individual would otherwise be released from custody of the NYPD:  0

- Number of individuals transferred to ICE pursuant to civil immigration detainers: 0

- Number of individuals for whom civil immigration detainers were not honored pursuant to local law AC 14-154 of 2017: 99

- Number of requests from federal immigration authorities for such person's incarceration status, release dates, court appearance dates, or any other information related to such person in the custody of the NYPD, and the number of responses honoring such requests by the Department: 0

- Number of responses to federal immigration authorities concerning a person with no convictions for a violent or serious crime, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the NYPD facilitated the transfer of such persons to the custody of federal immigration authorities: 0

- Number of responses to federal immigration authorities where the person had at least one conviction for a violent or serious crime, disaggregated by the number of  such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the NYPD facilitated the transfer of such persons to the custody of federal  immigration authorities: 0**

** *This figure represents the number of times information was shared with federal immigration authorities regarding persons meeting the above criteria. The NYPD does not facilitate the transfer of such persons to the custody of federal immigration authorities and it does not record whether such persons are ultimately transferred to the custody of federal immigration authorities.*

- Number of responses to federal immigration authorities concerning a person with no convictions for a violent or serious crime who was identified as a possible match in the terrorist screening database, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the NYPD facilitated the transfer of such persons to the custody of federal immigration authorities: 0



## SUMMARY OF STATISTICS ON ICE DETAINERS
### July 1, 2022 to June 30, 2023

- Number of civil immigration detainers received: **167**

- Number of individuals held pursuant to civil immigration detainers beyond the time when such individual would otherwise be released from custody of the NYPD: **0**

- Number of individuals transferred to ICE pursuant to civil immigration detainers: **0**

- Number of individuals for whom civil immigration detainers were not honored pursuant to local law AC 14-154 of 2017: **167**

- Number of requests from federal immigration authorities for such person's incarceration status, release dates, court appearance dates, or any other information related to such person in the custody of the NYPD, and the number of responses honoring such requests by the Department: **0**

- Number of responses to federal immigration authorities concerning a person with no convictions for a violent or serious crime, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the NYPD facilitated the transfer of such persons to the custody of federal immigration authorities: **0**

- Number of responses to federal immigration authorities where the person had at least one conviction for a violent or serious crime, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the NYPD facilitated the transfer of such persons to the custody of federal immigration authorities: **0\*\***

\*\* *This figure represents the number of times information was shared with federal immigration authorities regarding persons meeting the above criteria. The NYPD does not facilitate the transfer of such persons to the custody of federal immigration authorities and it does not record whether such persons are ultimately transferred to the custody of federal immigration authorities.*

- Number of responses to federal immigration authorities concerning a person with no convictions for a violent or serious crime who was identified as a possible match in the terrorist screening database, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the NYPD facilitated the transfer of such persons to the custody of federal immigration authorities: **0**

 **SUMMARY OF STATISTICS ON ICE DETAINERS**
**July 1, 2021 to June 30, 2022**

- Number of civil immigration detainers received:  **168**

- Number of individuals held pursuant to civil immigration detainers beyond the time when such individual would otherwise be released from custody of the NYPD:  **0**

- Number of individuals transferred to ICE pursuant to civil immigration detainers: **0**

- Number of individuals for whom civil immigration detainers were not honored pursuant to local law AC 14-154 of 2017: **168**

- Number of requests from federal immigration authorities for such person's incarceration status, release dates, court appearance dates, or any other information related to such person in the custody of the NYPD, and the number of responses honoring such requests by the Department: **0**

- Number of responses to federal immigration authorities concerning a person with no convictions for a violent or serious crime, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the NYPD facilitated the transfer of such persons to the custody of federal immigration authorities: **0**

- Number of responses to federal immigration authorities where the person had at least one conviction for a violent or serious crime, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the NYPD facilitated the transfer of such persons to the custody of federal immigration authorities: **0\*\***

\*\*  *This figure represents the number of times information was shared with federal immigration authorities regarding persons meeting the above criteria. The NYPD does not facilitate the transfer of such persons to the custody of federal immigration authorities and it does not record whether such persons are ultimately transferred to the custody of federal immigration authorities.*

- Number of responses to federal immigration authorities concerning a person with no convictions for a violent or serious crime who was identified as a possible match in the terrorist screening database, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the NYPD facilitated the transfer of such persons to the custody of federal immigration authorities: **0**




## SUMMARY OF STATISTICS ON ICE DETAINERS

### July 1, 2020 to June 30, 2021

- Number of civil immigration detainers received: **1,485**

- Number of individuals held pursuant to civil immigration detainers beyond the time when such individual would otherwise be released from department's custody: **0**

- Number of individuals transferred to ICE pursuant to civil immigration detainers: **0**

- Number of individuals for whom civil immigration detainers were not honored pursuant to local law AC 14-154 of 2017: **1,485**

- Number of requests from federal immigration authorities for such person's incarceration status, release dates, court appearance dates, or any other information related to such person in the department's custody, and the number of responses honoring such requests by the department: 0

- Number of responses to federal immigration authorities concerning a person with no convictions for a violent or serious crime, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the department facilitated the transfer of such persons to the custody of federal immigration authorities: 0

- Number of responses to federal immigration authorities where the person had at least one conviction for a violent or serious crime, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the department facilitated the transfer of such persons to the custody of federal immigration authorities: **7

*\*\*This figure represents the number of times information was shared with federal immigration authorities regarding persons meeting the above criteria. The NYPD does not facilitate the transfer of such persons to the custody of federal immigration authorities and it does not record whether such persons are ultimately transferred to the custody of federal immigration authorities.*

- Number of responses to federal immigration authorities concerning a person with no convictions for a violent or serious crime who was identified as a possible match in the terrorist screening database, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the department facilitated the transfer of such persons to the custody of federal immigration authorities: **0**




## SUMMARY OF STATISTICS ON ICE DETAINERS

### July 1, 2019 to July 30, 2020

- Number of civil immigration detainers received: **2,103**

- Number of individuals held pursuant to civil immigration detainers beyond the time when such individual would otherwise be released from department's custody: **0**

- Number of individuals transferred to ICE pursuant to civil immigration detainers: **0**

- Number of individuals for whom civil immigration detainers were not honored pursuant to local law AC 14-154 of 2017: **2,103**

*Page 1*

- Number of requests from federal immigration authorities for such person's incarceration status, release dates, court appearance dates, or any other information related to such person in the department's custody, and the number of responses honoring such requests by the department: **0**
- Number of responses to federal immigration authorities concerning a person with no convictions for a violent or serious crime, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the department facilitated the transfer of such persons to the custody of federal immigration authorities: **0**
- Number of responses to federal immigration authorities where the person had at least one conviction for a violent or serious crime, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the department facilitated the transfer of such persons to the custody of federal immigration authorities: **\*\*7**

*\*\*This figure represents the number of times information was shared with federal immigration authorities regarding persons meeting the above criteria. The NYPD does not facilitate the transfer of such persons to the custody of federal immigration authorities and it does not record whether such persons are ultimately transferred to the custody of federal immigration authorities.*

- Number of responses to federal immigration authorities concerning a person with no convictions for a violent or serious crime who was identified as a possible match in the terrorist screening database, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the department facilitated the transfer of such persons to the custody of federal immigration authorities: **0**

 

## SUMMARY OF STATISTICS ON ICE DETAINERS

### July 1, 2018 to June 30, 2019

- Number of civil immigration detainers received: **2,916**

- Number of individuals held pursuant to civil immigration detainers beyond the time when such individual would otherwise be released from department's custody: **0**

- Number of individuals transferred to ICE pursuant to civil immigration detainers: **0**

- Number of individuals for whom civil immigration detainers were not honored pursuant to local law AC 14-154 of 2017: **2,916**

*Page 1*

- Number of requests from federal immigration authorities for such person's incarceration status, release dates, court appearance dates, or any other information related to such person in the department's custody, and the number of responses honoring such requests by the department: 0
- Number of responses to federal immigration authorities concerning a person with no convictions for a violent or serious crime, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the department facilitated the transfer of such persons to the custody of federal immigration authorities: 0
- Number of responses to federal immigration authorities where the person had at least one conviction for a violent or serious crime, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the department facilitated the transfer of such persons to the custody of federal immigration authorities: 7**

*\*This figure represents the number of times information was shared with federal immigration authorities regarding persons meeting the above criteria. The NYPD does not facilitate the transfer of such persons to the custody of federal immigration authorities and it does not record whether such persons are ultimately transferred to the custody of federal immigration authorities.*

- Number of responses to federal immigration authorities concerning a person with no convictions for a violent or serious crime who was identified as a possible match in the terrorist screening database, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the department facilitated the transfer of such persons to the custody of federal immigration authorities: 0




### <u>SUMMARY OF STATISTICS ON ICE DETAINERS</u>

### <u>July 1, 2017 to June 30, 2018</u>

- Number of civil immigration detainers received: **2,291**

- Number of individuals held pursuant to civil immigration detainers beyond the time when such individual would otherwise be released from department's custody: **0**

- Number of individuals transferred to ICE pursuant to civil immigration detainers: **0**

- Number of individuals for whom civil immigration detainers were not honored pursuant to local law AC 14-154 of 2017: **2,291**

- Number of requests from federal immigration authorities for such person's incarceration status, release dates, court appearance dates, or any other information related to such person in the department's custody, and the number of responses honoring such requests by the department: 0
- Number of responses to federal immigration authorities concerning a person with no convictions for a violent or serious crime, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the department facilitated the transfer of such persons to the custody of federal immigration authorities: 0
- Number of responses to federal immigration authorities where the person had at least one conviction for a violent or serious crime, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the department facilitated the transfer of such persons to the custody of federal immigration authorities: 5**

*\*\*This figure represents the number of times information was shared with federal immigration authorities regarding persons meeting the above criteria. The NYPD does not facilitate the transfer of such persons to the custody of federal immigration authorities and it does not record whether such persons are ultimately transferred to the custody of federal immigration authorities.*

- Number of responses to federal immigration authorities concerning a person with no convictions for a violent or serious crime who was identified as a possible match in the terrorist screening database, disaggregated by the number of such responses that included incarceration status, release dates, court appearance dates, or other types of information, and whether the department facilitated the transfer of such persons to the custody of federal immigration authorities: **0**





## SUMMARY OF STATISTICS ON ICE DETAINERS

### October 1, 2016 to September 30th, 2017

- Number of civil immigration detainers received: **1023**

- Number of individuals held pursuant to civil immigration detainers beyond the time when such individual would otherwise be released from department's custody: **0**

- Number of individuals transferred to ICE pursuant to civil immigration detainers: **0**

- Number of individuals for whom civil immigration detainers were not honored pursuant to local law 21 of 2013: **1023**

 

## SUMMARY OF STATISTICS ON ICE DETAINERS

### October 1, 2015 to September 30th, 2016

- Number of civil immigration detainers received: **80**

- Number of individuals held pursuant to civil immigration detainers beyond the time when such individual would otherwise be released from department's custody: **2**

- Number of individuals transferred to ICE pursuant to civil immigration detainers: **2 (same two mentioned above)**

- Number of individuals for whom civil immigration detainers were not honored pursuant to local law 487-A of 2014: **78**

  

## SUMMARY OF STATISTICS ON ICE DETAINERS

### October 1, 2014 to September 30th, 2015

- Number of civil immigration detainers received: **504**

- Number of individuals held pursuant to civil immigration detainers beyond the time when such individual would otherwise be released from department's custody: **30**

- Number of individuals transferred to ICE pursuant to civil immigration detainers: **0**

- Number of individuals for whom civil immigration detainers were not honored pursuant to local law 21 of 2013: **474**



## SUMMARY OF STATISTICS ON ICE DETAINERS

### October 1, 2013 to September 30th, 2014

- Number of civil immigration detainers received: **2635**

- Number of individuals held pursuant to civil immigration detainers beyond the time when such individual would otherwise be released from department's custody: **196**

- Number of individuals transferred to ICE pursuant to civil immigration detainers: **3**
  *ICE present in courtroom for all three cases.*

- Number of individuals for whom civil immigration detainers were not honored pursuant to local law 21 of 2013: **179**

***2257 defendants were transferred to DOC on the instant case.***

**Pursuant to local law 21, the New York City Police Department reports the following statistics on civil immigration detainers received July 16, 2013 - September 30, 2013**

| | |
|---|---|
| 1.  Number of civil immigration detainers received: | |
| | 628 |
| 2.  Number of individuals held pursuant to civil immigration detainers beyond the time when such individual would otherwise be released from the department's custody: | |
| | 48 |
| 3.  Number of individuals transferred to the custody of federal immigration authorities pursuant to civil immigration detainers*: | |
| | 2 |
| 4.  Number of individuals for whom civil immigration detainers were not honored pursuant to local law 21 of 2013: | |
| | 35 |

**NOTE:** Statistics regarding whether civil immigration detainers were honored do not reflect cases in which prisoners were remanded to NYC DOC custody on local criminal case following arraignment; determinations regarding whether to honor such detainers on remanded prisoners are made when prisoners would otherwise be released from NYC DOC custody.

\* Persons held by the NYPD pursuant to civil immigration detainers are generally transferred to NYC DOC for purposes of lodging pending transfer to federal immigration authorities.