BRETT A. SHUMATE
Assistant Attorney General
DREW C. ENSIGN
Deputy Assistant Attorney General
CHARLES E.T. ROBERTS
Counsel to the Assistant Attorney General
Civil Division
ELIANIS N. PEREZ
Assistant Director
CATHERINE M. RENO
Senior Litigation Counsel
AMANDA B. SAYLOR
Trial Attorney
Office of Immigration Litigation
General Litigation and Appeals Section

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF NEW YORK; ERIC L. ADAMS, Mayor of The City of New York, in his official capacity; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, Speaker of the New York City Council, in her official capacity; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, Commissioner of the New York City Department of Correction, in her official capacity; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, Commissioner of the New York City Department of Probation, in her official capacity; NEW YORK CITY POLICE DEPARTMENT; JESSICA S. TISCH, Commissioner of the New York City Police Department, in her official capacity,<br><br>        Defendants. | 1:25-cv-04084-RER-PK<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that ELIANIS N. PEREZ, Assistant Director, U.S. Department of Justice, Office of Immigration Litigation—General Litigation and Appeals Section, hereby enters an appearance in the above-captioned action as counsel on behalf of Plaintiff United States of America in this matter. The undersigned certifies that she is admitted to practice in this Court.

DATED: July 24, 2025

BRETT A. SHUMATE
Assistant Attorney General
DREW C. ENSIGN
Deputy Assistant Attorney General
CHARLES E.T. ROBERTS
Counsel to the Assistant Attorney General
Civil Division

AMANDA B. SAYLOR
Trial Attorney

CATHERINE M. RENO
Senior Litigation Counsel

/S/ELIANIS N. PEREZ
ELIANIS N. PEREZ
Assistant Director
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-9124
Fax: (202) 305-7000
Email: elianis.perez@usdoj.gov

*Attorneys for the United States*

2