AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| United States of America <br><br> *Plaintiff(s)* <br><br> v. <br><br> City of New York, Mayor Eric L. Adams, New York City Council, Speaker Adrienne E. Adams, New York City Department of Correction, Commissioner Lynelle Maginley-Liddie, New York City Department of Probation, Commissioner Juanita N. Holmes, New York City Police Department, Commissioner Jessica S Tisch <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  1:25-cv-4084 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  (see attached rider)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Catherine M. Reno
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:   07/24/2025

*Cynthia Valera*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-4084

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Rider to Summons, Case No. 1:25-cv-4084

## List of Defendants and Addresses

1. **City of New York**

   City of New York
   c/o Eric L. Adams, Mayor of The City of New York
   250 Broadway
   New York, NY 10007

   City of New York
   c/o Corporation Counsel
   100 Church Street
   New York, NY 10007

2. **Eric L. Adams, Mayor of The City of New York, in his official capacity**

   Eric L. Adams, Mayor of The City of New York, in his official capacity
   250 Broadway
   New York, NY 10007

   Eric L. Adams, Mayor of The City of New York, in his official capacity
   c/o Corporation Counsel
   100 Church Street
   New York, NY 10007

3. **New York City Council**

   New York City Council
   250 Broadway
   New York, NY 10007

   New York City Council
   c/o Corporation Counsel
   100 Church Street
   New York, NY 10007

4. **Adrienne E. Adams, Speaker of the New York City Council, in her official capacity**

   Adrienne E. Adams, Speaker of the New York City Council, in her official capacity
   250 Broadway
   New York, NY 10007

   Adrienne E. Adams, Speaker of the New York City Council, in her official capacity
   c/o Corporation Counsel
   100 Church Street
   New York, NY 10007

Rider to Summons, Case No. 1:25-cv-4084

5. **New York City Department of Correction**

New York City Department of Correction
Bulova Building
75-20 Astoria Blvd.
East Elmhurst, NY 11370

New York City Department of Correction
c/o Corporation Counsel
100 Church Street
New York, NY 10007

6. **Lynelle Maginley-Liddie, Commissioner of the New York City Department of Correction, in her official capacity**

Lynelle Maginley-Liddie, Commissioner of the New York City Department of Correction, in her official capacity
Bulova Building
75-20 Astoria Blvd.
East Elmhurst, NY 11370

Lynelle Maginley-Liddie, Commissioner of the New York City Department of Correction, in her official capacity
c/o Corporation Counsel
100 Church Street
New York, NY 10007

7. **New York City Department of Probation**

New York City Department of Probation
33 Beaver Street
New York, NY 10004

New York City Department of Probation
c/o Corporation Counsel
100 Church Street
New York, NY 10007

8. **Juanita N. Holmes, Commissioner of the New York City Department of Probation, in her official capacity**

Juanita N. Holmes, Commissioner of the New York City Department of Probation, in her official capacity
33 Beaver Street
New York, NY 10004

Juanita N. Holmes, Commissioner of the New York City Department of Probation, in her official capacity

Rider to Summons, Case No. 1:25-cv-4084

c/o Corporation Counsel
100 Church Street
New York, NY 10007

**9. New York City Police Department**

New York City Police Department
1 Police Plaza
New York, NY 10038

New York City Police Department
c/o Corporation Counsel
100 Church Street
New York, NY 10007

**10. Jessica S. Tisch, Commissioner of the New York City Police Department, in her official capacity.**

Jessica S. Tisch, Commissioner of the New York City Police Department, in her official capacity
1 Police Plaza
New York, NY 10038

Jessica S. Tisch, Commissioner of the New York City Police Department, in her official capacity
c/o Corporation Counsel
100 Church Street
New York, NY 10007

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

**UNITED STATES OF AMERICA**

Plaintiff

*vs*

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN
Defendant

## AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **8/4/2025**, at **10:00 AM** at **250 BROADWAY, NEW YORK, NY 10007**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, USM-285 FORM,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein.** On: CITY OF NEW YORK - C/O ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, Respondent therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Everton Smith** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Everton Smith is as follows:

**Perceived Gender**: Male     **Perceived Race**: Black **Color of hair:** Brown    **Age**: 37
**Height**: 5ft9in-6ft0in     **Weight**: 161-200 Lbs. **Other** : Glasses

I affirm on this day____August 5, 2025____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN

Lic #    1188546
JobID    2544721

**Client's File No.:**

14.8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

UNITED STATES OF AMERICA

Plaintiff

*vs*

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN

Defendant

## AFFIRMATION OF SERVICE

CHRISTOPHER J. KLEIN, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **7/31/2025**, at **2:00 PM** at **100 CHURCH STREET, NEW YORK, NY 10007**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, USM-285 FORM,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein.** On: CITY OF NEW YORK - C/O CORP. COUNSEL, Respondent therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Ariton Marke** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Ariton Marke is as follows:

**Perceived Gender**: Male       **Perceived Race**: White **Color of hair:** Brown   **Age**: 40
**Height**: 5ft9in-6ft0in     **Weight**: 161-200 Lbs.  **Other** : Glasses

I affirm on this day____July 31, 2025_____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN

Lic #       1188546
JobID      2544727

**Client's File No.:**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

**UNITED STATES OF AMERICA**

Plaintiff

*vs*

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN
Defendant

## AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **8/4/2025**, at **10:00 AM** at **250 BROADWAY, NEW YORK, NY 10007**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, USM-285 FORM,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein.** On: **ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY**. Respondent therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Everton Smith** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Everton Smith is as follows:

**Perceived Gender**: Male     **Perceived Race**: Black **Color of hair**: Brown   **Age**: 37
                **Height**: 5ft9in-6ft0in     **Weight**: 161-200 Lbs. **Other** : Glasses

I affirm on this day    August 5, 2025       , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN

Lic #      1188546
JobID      2544730

**Client's File No.:**

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*

*UNITED PROCESS SERVICE*

14.8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

**UNITED STATES OF AMERICA**

Plaintiff

*vs*

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE
E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION;
LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW
YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN
HER OFFICIAL CAPACITY

Defendant

## AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action,
is over 18 years of age and resides in the State of New York.

That on **7/31/2025**, at **2:00 PM** at **100 CHURCH STREET, NEW YORK, NY 10007**, Deponent served the within  **SUMMONS
IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS,  USM-285 FORM,with the index number and the filing date of
the action were endorsed upon the face of the papers so served herein.** On: <ins>ERIC L. ADAMS, MAYOR OF THE CITY OF
NEW YORK, IN HIS OFFICIAL CAPACITY - C/O CORP. COUNSEL,</ins> Respondent therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Ariton Marke**  said individual to be **Authorized Agent** who specifically stated he/she was
**authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership.  A perceived description of Ariton
Marke  is as follows:

**Perceived Gender**: Male      **Perceived Race**: White **Color of hair:** Brown    **Age**: 40
                    **Height**: 5ft9in-6ft0in      **Weight**: 161-200 Lbs.  **Other** : Glasses

I affirm on this day____  July 31, 2025_____   , under the penalties of
perjury under the laws of New York, which may include a fine or imprisonment,
that the foregoing is true, and I understand that this document may be filed in
an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN

Lic #      1188546
JobID      2544734

**Client's File No.:**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

**UNITED STATES OF AMERICA**

Plaintiff

*vs*

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN

Defendant

## AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **8/4/2025**, at **10:00 AM** at **250 BROADWAY, NEW YORK, NY 10007**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, USM-285 FORM,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein.** On: **NEW YORK CITY COUNCIL**, Respondent therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Everton Smith** said individual to be **Authorized Agent** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Everton Smith is as follows:

**Perceived Gender**: Male     **Perceived Race**: Black  **Color of hair:** Brown   **Age**: 37
**Height**: 5ft9in-6ft0in     **Weight**: 161-200 Lbs.  **Other** : Glasses

I affirm on this day____August 5, 2025____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN

Lic #     1188546
JobID     2544735

**Client's File No.:**

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*

*UNITED PROCESS SERVICE*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

**UNITED STATES OF AMERICA**

Plaintiff

*vs*

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN
Defendant

### AFFIRMATION OF SERVICE

CHRISTOPHER J. KLEIN, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **7/31/2025**, at **2:00 PM** at **100 CHURCH STREET, NEW YORK, NY 10007**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, USM-285 FORM,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein.** On: **NEW YORK CITY COUNCIL - C/O CORP. COUNSEL,** Respondent therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Ariton Marke** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Ariton Marke is as follows:

**Perceived Gender**: Male    **Perceived Race**: White **Color of hair:** Brown   **Age**: 40
        **Height**: 5ft9in-6ft0in    **Weight**: 161-200 Lbs.  **Other** : Glasses

I affirm on this day____July 31, 2025_____ , under the penalties of
perjury under the laws of New York, which may include a fine or imprisonment,
that the foregoing is true, and I understand that this document may be filed in
an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN

Lic #      1188546
JobID      2544737

**Client's File No.:**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

**UNITED STATES OF AMERICA**

Plaintiff

*vs*

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN HER OFFICIAL CAPACITY.

Defendant

## AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **8/4/2025**, at **10:00 AM** at **250 BROADWAY, NEW YORK, NY 10007**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, USM-285 FORM,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein.** On: **ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY.** Respondent therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Everton Smith** said individual to be **Authorized Agent** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Everton Smith is as follows:

**Perceived Gender**: Male      **Perceived Race**: Black  **Color of hair:** Brown    **Age**: 37
**Height**: 5ft9in-6ft0in      **Weight**: 161-200 Lbs.  **Other** : Glasses

I affirm on this day___August 5, 2025_____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN

Lic #      1188546
JobID     2544738

**Client's File No.:**

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*

*UNITED PROCESS SERVICE*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

**UNITED STATES OF AMERICA**

*vs*

Plaintiff

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN HER OFFICIAL CAPACITY

Defendant

## AFFIRMATION OF SERVICE

CHRISTOPHER J. KLEIN, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **7/31/2025**, at **2:00 PM** at **100 CHURCH STREET, NEW YORK, NY 10007**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, USM-285 FORM, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein.** On: **ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY - C/O CORP. COUNSEL,** Respondent therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Ariton Marke** said individual to be **Authorized Agent** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Ariton Marke is as follows:

Perceived Gender: Male     Perceived Race: White **Color of hair:** Brown    **Age**: 40
         **Height**: 5ft9in-6ft0in     **Weight**: 161-200 Lbs. **Other** : Glasses

I affirm on this day____July 31, 2025_____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN

Lic #      1188546
JobID     2544739

**Client's File No.:**

14.8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

UNITED STATES OF AMERICA

Plaintiff

*vs*

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN
Defendant

## AFFIRMATION OF SERVICE

**Husam Al-Atrash**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **7/31/2025**, at **11:33 AM** at **Bulova Building - 75-20 Astoria Blvd., EAST ELMHURST, NY 11370**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, USM-285 FORM,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein.** On: **NEW YORK CITY DEPARTMENT OF CORRECTION**, Respondent therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Po A.turner** said individual to be **Officer** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Po A.turner is as follows:

**Perceived Gender**: Male    **Perceived Race**: Black  **Color of hair:** Black   **Age**: 35
**Height**: 5ft9in-6ft0in    **Weight**: 161-200 Lbs.  **Other** :

I affirm on this day____July 31, 2025_____ , under the penalties of
perjury under the laws of New York, which may include a fine or imprisonment,
that the foregoing is true, and I understand that this document may be filed in
an action or proceeding in a court of law.

Husam Al-Atrash

Lic #      1279639
JobID      2544740

**Client's File No.:**

14.8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

**UNITED STATES OF AMERICA**

*vs*

Plaintiff

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN HER OFFICIAL CAPACITY;
Defendant

## AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **7/31/2025**, at **2:00 PM** at **100 CHURCH STREET, NEW YORK, NY 10007**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, USM-285 FORM,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein.** On: **NEW YORK CITY DEPARTMENT OF CORRECTION - C/O CORPORATION COUNSEL**, Respondent therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Ariton Marke** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Ariton Marke is as follows:

**Perceived Gender**: Male      **Perceived Race**: White **Color of hair:** Brown   **Age**: 40
**Height**: 5ft9in-6ft0in    **Weight**: 161-200 Lbs. **Other** : Glasses

I affirm on this day____July 31, 2025_____ , under the penalties of
perjury under the laws of New York, which may include a fine or imprisonment,
that the foregoing is true, and I understand that this document may be filed in
an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN

Lic #      1188546
JobID     2544741



**Client's File No.:**

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*

*UNITED PROCESS SERVICE*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

**UNITED STATES OF AMERICA**

Plaintiff

*vs*

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE
E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION;
LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW
YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN
Defendant

## AFFIRMATION OF SERVICE

**Husam Al-Atrash**, the undersigned, affirms and states that deponent is not a party to this action,
is over 18 years of age and resides in the State of New York.

That on **7/31/2025**, at **11:33 AM** at **Bulova Building - 75-20 Astoria Blvd., EAST ELMHURST, NY 11370**, Deponent served
the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS,  USM-285 FORM ,with the index number
and the filing date of the action were endorsed upon the face of the papers so served herein.** On: **LYNELLE MAGINLEY-
LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY**, Respondent
therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **Po A.turner (Co-Worker)**, **a person of suitable age and discretion**.

Said premises is subject's **actual place of business / employment** within the state. A perceived description of **Po A.turner**
is as follows:

                    **Perceived Gender**: Male          **Perceived Race**: Black  **Color of hair:** Black    **Age**: 35
                         **Height**: 5ft9in-6ft0in     **Weight**: 161-200 Lbs.  **Other** :

On **July 31, 2025**, service was completed by mailing a true copy of the above stated document(s) to the Respondent at the
above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" not indicating
that the sender is an attorney or concerns an action against the person served, in an official depository under the exclusive care
and custody of the United States Post Office in the State of New York.

I asked the person spoken to whether the subject was in active military service or financially dependent upon any one who
is in the military service of the  United States or of the State of  NEW YORK in any capacity whatever and received a negative
reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I
assert that the recipient is not in the military service of  NEW YORK State or of the United States as that term is defined in
either the State or in Federal statutes.

I affirm on this day     July 31  2025          , under the penalties of
perjury under the laws of New York, which may include a fine or imprisonment,
that the foregoing is true, and I understand that this document may be filed in
an action or proceeding in a court of law.

Husam Al-Atrash

Lic #      1279639
JobID      2544742

**Client's File No.:**

*INTER COUNTY JUDICIAL SERVICES, LLC,  6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791  LICENSE # 1371771*

UNITED PROCESS SERVICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

UNITED STATES OF AMERICA

*vs*

Plaintiff

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE
E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION;
LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW
YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN
Defendant

## AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action,
is over 18 years of age and resides in the State of New York.

That on **7/31/2025**, at **2:00 PM** at **100 CHURCH STREET, NEW YORK, NY 10007**, Deponent served the within **SUMMONS
IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS,  USM-285 FORM,with the index number and the filing date of
the action were endorsed upon the face of the papers so served herein.** On: LYNELLE MAGINLEY-LIDDIE,
COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY - C/O CORPORATION
COUNSEL, Respondent therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Ariton Marke**  said individual to be **Authorized Agent** who specifically stated he/she was
authorized to accept service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Ariton
Marke  is as follows:

            **Perceived Gender**: Male        **Perceived Race**: White **Color of hair:** Brown    **Age**: 40
                        **Height**: 5ft9in-6ft0in     **Weight**: 161-200 Lbs. **Other** : Glasses

I affirm on this day____July 31, 2025_____ , under the penalties of
perjury under the laws of New York, which may include a fine or imprisonment,
that the foregoing is true, and I understand that this document may be filed in
an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN

Lic #        1188546
JobID       2544743

**Client's File No.:**

*INTER COUNTY JUDICIAL SERVICES, LLC,  6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791  LICENSE # 1371771*

UNITED PROCESS SERVICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

**UNITED STATES OF AMERICA**

Plaintiff

*vs*

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN

Defendant

### AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **7/31/2025**, at **2:00 PM** at **100 CHURCH STREET, NEW YORK, NY 10007**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, USM-285 FORM ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein.** On: **NEW YORK CITY DEPARTMENT OF PROBATION - C/O CORPORATION COUNSEL**, Respondent therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Ariton Marke** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Ariton Marke is as follows:

**Perceived Gender**: Male    **Perceived Race**: White **Color of hair:** Brown    **Age**: 40
**Height**: 5ft9in-6ft0in    **Weight**: 161-200 Lbs.  **Other** : Glasses

I affirm on this day_____July 31, 2025_____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN

Lic #    1188546
JobID    2544746

**Client's File No.:**

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*

*UNITED PROCESS SERVICE*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

**UNITED STATES OF AMERICA**

*vs*

Plaintiff

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN

Defendant

### AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action,
is over 18 years of age and resides in the State of New York.

That on **7/31/2025**, at **2:00 PM** at **100 CHURCH STREET, NEW YORK, NY 10007**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, USM-285 FORM ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein.** On: **JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN HER OFFICIAL CAPACITY - C/O CORP. COUNSEL**, Respondent therein
named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Ariton Marke**  said individual to be **Authorized Agent** who specifically stated he/she was
authorized to accept service on behalf of the Corporation/Government Agency/Entity/Partnership.  A perceived description of Ariton
Marke  is as follows:

**Perceived Gender**: Male       **Perceived Race**: White **Color of hair:** Brown    **Age**: 40
           **Height**: 5ft9in-6ft0in     **Weight**: 161-200 Lbs.  **Other** : Glasses

I affirm on this day____July 31, 2025_____  , under the penalties of
perjury under the laws of New York. which may include a fine or imprisonment,
that the foregoing is true, and I understand that this document may be filed in
an action or proceeding in a court of law

CHRISTOPHER J. KLEIN

Lic #        1188546
JobID       2544755

**Client's File No.:**

*INTER COUNTY JUDICIAL SERVICES, LLC,  6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791  LICENSE # 1371771*

UNITED PROCESS SERVICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

**UNITED STATES OF AMERICA**

Plaintiff

*vs*

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN
Defendant

## AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **7/31/2025**, at **2:00 PM** at **100 CHURCH STREET, NEW YORK, NY 10007**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, USM-285 FORM,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein.** On: NEW YORK CITY POLICE DEPARTMENT - C/O CORP. COUNSEL, Respondent therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Ariton Marke** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Ariton Marke is as follows:

> **Perceived Gender**: Male      **Perceived Race**: White **Color of hair:** Brown   **Age**: 40
> **Height**: 5ft9in-6ft0in     **Weight**: 161-200 Lbs. **Other** : Glasses

I affirm on this day____July 31, 2025_____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN

Lic #      1188546
JobID      2544757

**Client's File No.:**

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*

UNITED PROCESS SERVICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

UNITED STATES OF AMERICA

Plaintiff

*vs*

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN

Defendant

### AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **8/1/2025**, at **11:40 AM** at **1 POLICE PLAZA, NEW YORK, NY 10038**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, USM-285 FORM,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein.** On: **JESSICA S. TISCH, COMMISSIONER OF THE NEW YORK CITY POLICE DEPARTMENT, IN HER OFFICIAL CAPACITY.**, Respondent therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Stacy Lewis** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Stacy Lewis is as follows:

**Perceived Gender**: Female     **Perceived Race**: Black  **Color of hair:** Brown   **Age**: 37
         **Height**: 5ft4in-5ft8in     **Weight**: 131-160 Lbs.  **Other** : Glasses

I affirm on this day___August 1, 2025_____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN

Lic #     1188546
JobID     2544758

**Client's File No.:**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

UNITED STATES OF AMERICA

Plaintiff

*vs*

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN

Defendant

## AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **7/31/2025**, at **2:00 PM** at **100 CHURCH STREET, NEW YORK, NY 10007**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, USM-285 FORM,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein.** On: **JESSICA S. TISCH, COMMISSIONER OF THE NEW YORK CITY POLICE DEPARTMENT, IN HER OFFICIAL CAPACITY - C/O CORPORATION COUNSEL**, Respondent therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Ariton Marke** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Ariton Marke is as follows:

**Perceived Gender**: Male          **Perceived Race**: White **Color of hair:** Brown   **Age**: 40
          **Height**: 5ft9in-6ft0in      **Weight**: 161-200 Lbs.  **Other** : Glasses

I affirm on this day ____July 31, 2025____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN

Lic #      1188546
JobID      2544759

**Client's File No.:**

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791  LICENSE # 1371771*

UNITED PROCESS SERVICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case 1:25-cv-04084-RER-PK   Document 9   Filed 08/08/25   Page 23 of 25 PageID #: 8
247
Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

**UNITED STATES OF AMERICA**

Plaintiff

*vs*

**CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN**

Defendant

## AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **8/5/2025**, at **2:07 PM** at **33 BEAVER STREET, NEW YORK, NY 10004**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS,  USM-285 FORM ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein.** On: **JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN HER OFFICIAL CAPACITY**, Respondent therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Larisa Khaimova**  said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership.  A perceived description of Larisa Khaimova  is as follows:

**Perceived Gender**: Female     **Perceived Race**: White **Color of hair:** Brown/Red    **Age**: 50
**Height**: 5ft4in-5ft8in     **Weight**: 131-160 Lbs.  **Other** :

I affirm on this day____August 5, 2025____ , under the penalties of
perjury under the laws of New York, which may include a fine or imprisonment,
that the foregoing is true, and I understand that this document may be filed in
an action or proceeding in a court of law.

_____

CHRISTOPHER J. KLEIN

Lic #        1188546
JobID       2544748



**Client's File No.:**

*INTER COUNTY JUDICIAL SERVICES, LLC,  6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791  LICENSE # 1371771*

*UNITED PROCESS SERVICE*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

Index Number: 1:25-CV-04084
Date Filed: 07/24/2025

**UNITED STATES OF AMERICA**

Plaintiff

*vs*

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN

Defendant

### AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **8/1/2025**, at **11:40 AM** at **1 POLICE PLAZA, NEW YORK, NY 10038**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, USM-285 FORM,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein.** On: <u>NEW YORK CITY POLICE DEPARTMENT</u>, <u>Respondent</u> therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Stacy Lewis** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Stacy Lewis is as follows:

**Perceived Gender**: Female    **Perceived Race**: Black **Color of hair:** Brown    **Age**: 37
**Height**: 5ft4in-5ft8in    **Weight**: 131-160 Lbs. **Other** : Glasses

I affirm on this day____August 1, 2025____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN

Lic #        1188546
JobID      2544756



**Client's File No.:**

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*

*UNITED PROCESS SERVICE*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION - OFFICE OF IMMIGRATION LITIGATION / GENERAL LITIGATION AND APPEALS

**UNITED STATES OF AMERICA**

Plaintiff

*vs*

CITY OF NEW YORK; ERIC L. ADAMS, MAYOR OF THE CITY OF NEW YORK, IN HIS OFFICIAL CAPACITY; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, SPEAKER OF THE NEW YORK CITY COUNCIL, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HER OFFICIAL CAPACITY; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF PROBATION, IN

Defendant

## AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **8/5/2025**, at **2:07 PM** at **33 BEAVER STREET, NEW YORK, NY 10004**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS,  USM-285 FORM ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein.** On: <u>NEW YORK CITY DEPARTMENT OF PROBATION</u>, <u>Respondent</u> therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Larisa Khaimova**  said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership.  A perceived description of Larisa Khaimova  is as follows:

**Perceived Gender**: Female     **Perceived Race**: White **Color of hair:** Brown/Red   **Age**: 50
**Height**: 5ft4in-5ft8in     **Weight**: 131-160 Lbs.  **Other** :

I affirm on this day____August 5, 2025____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN

Lic #        1188546
JobID        2544745



**Client's File No.:**

*INTER COUNTY JUDICIAL SERVICES, LLC,  6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791  LICENSE # 1371771*

*UNITED PROCESS SERVICE*