

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**KAREN B. SELVIN**
Phone: (212) 356-2208
Fax: (212) 356-2019
kselvin@law.nyc.gov

August 14, 2025

**Via ECF**
Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 2E North
Brooklyn, New York 11201

Re: <u>United States of America v. City of New York, et al.</u>, 25-cv-4084 (RER)(PK)

Your Honor:

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for the Defendants in the above-entitled action. I write to request an extension until September 10, 2025 for the Defendants' time to answer or otherwise move with respect to the Complaint. Responses to the Complaint by Defendants are currently due on the following dates:

- New York City Department of Correction and Lynelle Maginley-Liddie, Commissioner of the New York City Department of Correction, in her official capacity, are due August 21, 2025.

- New York City Police Department and Jessica S. Tisch, Commissioner of the New York City Police Department, in her official capacity, are due August 22, 2025.

- City of New York; Eric L. Adams, Mayor of the City of New York, in his official capacity; New York City Council; and Adrienne E. Adams, Speaker of the New York City Council, in her official capacity, are due August 25, 2025.

- New York City Department of Probation and Juanita N. Holmes, Commissioner of the New York City Department of Probation, in her official capacity, are due August 26, 2025.

As I have recently been assigned this case, the extension is required to investigate the allegations and claims set forth in the Complaint. In addition, as all Defendants are represented by the New York City Law Department, the extension will ensure that the response dates for all Defendants are aligned. There have been no previous requests for such an extension and the extension does not affect any other scheduled dates. Plaintiff's counsel consents to the extension request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Karen B. Selvin
Assistant Corporation Counsel

**Via ECF**
cc: Plaintiff's Counsel of Record