UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------ X

UNITED STATES OF AMERICA,

                              Plaintiff,

                        v.                         **NOTICE OF APPEARANCE**

CITY OF NEW YORK; ERIC L. ADAMS, Mayor of The       1:25-cv-4084 (RER)(PK)
City of New York, in his official capacity; NEW YORK
CITY COUNCIL; ADRIENNE E. ADAMS, Speaker of the
New York City Council, in her official capacity; NEW
YORK CITY DEPARTMENT OF CORRECTION;
LYNELLE MAGINLEY-LIDDIE, Commissioner of the
New York City Department of Correction, in her official
capacity; NEW YORK CITY DEPARTMENT OF
PROBATION; JUANITA N. HOLMES; Commissioner of
the New York City Department of Probation, in her official
capacity; NEW YORK CITY POLICE DEPARTMENT;
JESSICA S. TISCH, Commissioner of the New York City
Police Department, in her official capacity,

                              Defendants.
------------------------------------------------ X

**TO THE CLERK OF THE COURT:**

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Andrew T. Steffan, appears as counsel for Defendants City of New York; Eric L. Adams, Mayor of the City of New York, in his official capacity; New York City Council; Adrienne E. Adams, Speaker of the New York City Council, in her official capacity; New York City Department of Correction; Lynelle Maginley-Liddie, Commissioner of the New York City Department of Correction, in her official capacity; New York City Department of Probation; Juanita N. Holmes, Commissioner of the New York City Department of Probation, in her official capacity; New York City Police Department; Jessica S. Tisch, Commissioner of the New York City Police Department,

in her official capacity, and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: New York, New York
      August 22, 2025

                                      MURIEL GOODE-TRUFANT
                                      Corporation Counsel of the City of New York
                                      Attorney for Defendants
                                      100 Church St., Rm. 3-133A
                                      New York, NY 10007
                                      Email: asteffan@law.nyc.gov
                                      Tel: (212) 356-5051

                                By:     /s/ Andrew T. Steffan
                                                 Andrew T. Steffan
                                                 Assistant Corporation Counsel

TO:    Plaintiff's Counsel of Record (via ECF)