

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**Karen B. Selvin**
phone: (212) 356-2208
fax: (212) 356-2019
kselvin@law.nyc.gov

October 7, 2025

**VIA ECF**
Honorable Ramon E. Reyes, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States of America v. City of New York, et al.</u>, 1:25-cv-04084 (RER)

Dear Judge Reyes:

  We write on behalf of the City Defendants in this action in response to the United States of America's ("Plaintiff") motion to stay the entire case, dated October 1, 2025, Dkt. No. 14, as well as this Court's order, dated October 3, 2025.

  The City Defendants do not oppose a stay of this action. We understand that, absent other direction or order from this Court, pursuant to Administrative Order No. 2025-15 issued by Chief United States District Judge Margo K. Brodie on October 2, 2025 (the "Administrative Order"), this action shall be stayed until two business days after the President signs into law a budget appropriation that restores funding to the Department of Justice. In addition, pursuant to the Administrative Order, the existing deadlines for City Defendants' motion to dismiss will be tolled for the duration of the federal government shutdown and then extended for a period of time equal to the number of calendar days between October 1, 2025 and two business days after the President signs into law the aforementioned budget appropriation.

  However, if the tolling provision of Administrative Order No. 2025-155 should require that the City Defendants serve their motion to dismiss on Plaintiff prior to November 3, 2025, we request that the Court direct City Defendants to instead serve their motion to dismiss on November 3, 2025. We make this request because, as explained to Plaintiff before it submitted its motion for a stay, the lead attorney for the City Defendants, Karen Selvin, will be out of the country on a previously-scheduled vacation starting on October 16, 2025 and will not be returning to the office

until October 27, 2025.[1] The November 3rd date will afford the City Defendants a sufficient amount of time upon Ms. Selvin's return to the office to finalize their motion to dismiss papers and to arrange for their service.

                                                Respectfully submitted,

                                                /s/
                                              Karen B. Selvin
                                              Andrew T. Steffan
                                              Assistant Corporation Counsels

cc:     All Counsel of Record (via ECF)

---

[1] Ms. Selvin can provide copies of plane tickets confirming her travel plans upon request of the Court.