

U.S. Department of Justice
Civil Division

*Washington, DC 20044*

_____

VIA ECF  November 14, 2025
Honorable Peggy Kuo
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States of America v. City of New York, et al.*, No. 1:25-cv-04084 (RER) (PK) (E.D.N.Y.)

Dear Judge Kuo:

      Plaintiff United States of America submits this letter to notify the Court that on November 12, 2025, the President signed into law a budget appropriation, and to respectfully request that the Initial Conference remain adjourned until after Defendants' motion to dismiss is decided.

      At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. On October 1, 2025, counsel for the United States filed a motion to stay the entire case, which Defendants did not oppose. ECF Nos. 14–15. On October 8, 2025, Judge Reyes granted the United States's motion pursuant to the terms of Administrative Order 2025-15. In light of that stay order, on October 22, 2025, this Court adjourned *sine die* the Initial Conference scheduled for November 13, 2025. On November 12, 2025, the President signed into law a budget appropriation that restored Department of Justice funding.

      Prior to the lapse in appropriations, on September 25, 2025, the Court granted Defendants leave to file a motion to dismiss.[1] The motion to dismiss has the potential to be fully dispositive or narrow the issues in this case. The parties have met and conferred and jointly determined that the parties' resources and judicial economy are best served by the Initial Conference and associated deadlines[2] remaining adjourned and the Court ordering that, no later than ten days after the Court

---

[1] Plaintiff has filed a consented-to, proposed briefing schedule for that motion as follows:
- Defendants' motion to dismiss: December 2, 2025;
- Plaintiff's response: December 23, 2025;
- Defendants' reply: January 23, 2026.

*See* ECF No. 16.

[2] On July 25, 2025, the Court issued an Initial Conference Order and ordered that an Initial Conference shall be held at 10:00 a.m. on November 13, 2025. ECF No. 7. The Order also stated that counsel must meet and confer at least ten business days before the Initial Conference to discuss the matters specified in Federal Rule of Civil Procedure 26 and (1) the scope of any anticipated electronic discovery, the preservation of electronically stored data, and the cost of locating, maintaining, and producing that data, and (2) whether any party will rely upon expert testimony, and if so, the proposed schedule for expert discovery. *Id.* at 2. Further, the Order stated that counsel must together complete the Proposed Discovery Plan and file it on ECF at least five days before the Initial Conference. *Id.*

issues its decision on the motion to dismiss, the parties must file a joint status report. This is the first request for an adjournment of the Initial Conference and the requested adjournment will not affect any other scheduled dates or deadlines.

Thus, Plaintiff (with Defendants' consent) respectfully requests that the Initial Conference continue to remain adjourned until after the Court issues a decision on Defendants' forthcoming motion to dismiss.

Plaintiff greatly appreciates Your Honor's consideration of this request.

cc: All Counsel of Record (via ECF)  Respectfully Submitted,

| | |
|---|---|
| BRETT A. SHUMATE | /s/ Catherine M. Reno |
| Assistant Attorney General | CATHERINE M. RENO |
| DREW C. ENSIGN | Senior Litigation Counsel |
| Deputy Assistant Attorney General | SUSAN ANSARI |
| CHARLES E.T. ROBERTS | Trial Attorney |
| Counsel to the Assistant Attorney General | United States Department of Justice |
| Civil Division | Civil Division |
| ELIANIS N. PEREZ | Office of Immigration Litigation |
| Assistant Director | *Attorneys for the United States* |