

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KAREN B. SELVIN**
Phone: (212) 356-2208
Fax: (212) 356-2019
kselvin@law.nyc.gov

November 17, 2025

**VIA ECF**
Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States of America. v. City of New York, et al.</u>, 1:25-cv-04084 (RER)

Dear Judge Reyes:

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, and I represent the Defendants in the above-referenced matter. I write to request an additional five (5) pages for the Defendants' memorandum of law that will be filed in support of Defendants' motion to dismiss the complaint. Defendants' motion to dismiss is currently due on December 2, 2025. There have been no previous requests for additional pages. Plaintiff's counsel has indicated that they consent to Defendants' request for an additional five (5) pages as long as Defendants also consent to Plaintiff receiving an additional five (5) pages for its memorandum in opposition to the motion to dismiss. Defendants consent to such request.

    This case involves a challenge by the federal government to several provisions of the New York City Administrative Code and a New York City Police Department Operations Order, all of which limit the resources the City of New York devotes to assisting with federal immigration enforcement. The claims asserted by the federal government implicate significant constitutional questions that are of great public import. To ensure that Defendants can adequately address all of the claims raised in this case, I request permission to file a thirty (30)-page memorandum instead of twenty-five (25), as provided in the Court's Individual Rules.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Karen B. Selvin
Assistant Corporation Counsel

cc: Plaintiffs' Counsel of Record (via ECF)