

**THE CITY OF NEW YORK**

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**Karen B. Selvin**
phone: (212) 356-2208
fax: (212) 356-2019
kselvin@law.nyc.gov

December 2, 2025

**Via Email**
Catherine M. Reno, Esq.
Elianis N. Perez, Esq.
United States Department of Justice
Attorneys for Plaintiff
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044
Catherine.M.Reno@usdoj.gov
Elianis.Perez@usdoj.gov

Re:   United States of America v. City of New York, et al., 1:25-cv-04084 (RER)

Counsel:

I am an attorney in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and represent the Defendants in the above-referenced action. In accordance with Rule IV(B)(3) of the Court's Individual Practice Rules, as well as the briefing schedule ordered by the Court on November 17, 2025, the Defendants are hereby serving the following documents:

1. Defendants' Notice of Motion, dated December 2, 2025; and

2. Defendants' Memorandum of Law in Support of Motion to Dismiss Complaint, dated December 2, 2025.

Sincerely yours,

/s/
Karen B. Selvin
Assistant Corporation Counsel

cc:   Hon. Ramon E. Reyes, Jr. (Via ECF)