

December 9, 2025

**RE:    United States v. City of New York (25-cv-04084)**

Dear Judge Reyes:

The Brennan Center for Justice at NYU School of Law represents a group of former law enforcement professionals who seek to file a brief of *amicus curiae* in support of the Defendants' motion to dismiss (Docket No. 21). We have prepared a motion for leave to file this brief, to which both parties have consented, and plan to file notice of the motion and serve copies of it today.

Respectfully, we write to seek clarification of how the Court would like proposed *amici* to comply with the "bundling rule" in light of the fact that we do not anticipate further briefing related to the motion. *See* Individual Practice Rule IV(B)(3). In the absence of a further Order, we will plan to docket our motion and proposed brief once the Defendants' motion to dismiss has been fully briefed, but we would welcome any additional guidance that the Court may wish to provide.

Thank you. We are grateful for your time and consideration.

Respectfully submitted,

/s/ Ames C. Grawert

Ames C. Grawert

Senior Counsel, Justice Program
Brennan Center for Justice
 at NYU School of Law

(646) 292-8354

TO:        Plaintiffs' Counsel of Record (via ECF)
              Defendants' Counsel of Record (via ECF)