AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:25-cv-4084 |
| City of New York | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus curiae Legal Aid Society, Immigrant Defense Project, and Make the Road New York.

Date: 12/09/2025

/s/ Meghna Philip
*Attorney's signature*

Meghna Philip, NY 5527148
*Printed name and bar number*

The Legal Aid Society
49 Thomas St., 10th Floor
New York, NY 10013

*Address*

mphilip@legal-aid.org
*E-mail address*

(929) 626-3465
*Telephone number*

(646) 616-4198
*FAX number*