| | |
|---|---|
| **THE LEGAL AID SOCIETY** | 49 Thomas Street, Floor 10<br>New York, NY 10013<br>(212) 577-3300<br>https://www.legalaidnyc.org/<br><br>Tel: 212-577-3398<br>MPhilip@legal-aid.org<br><br>Alan Levine<br>*President*<br><br>Twyla Carter<br>*Attorney-in-Chief* |

December 9, 2025

<u>**Via Email**</u>

Karen B. Selvin
Andrew T. Steffan
Emeline Kong
Assistant Corporation Counsel
100 Church Street
New York, NY 10007

Catherine M. Reno
Elianis N. Perez
United States Department of Justice
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044

    Re: <u>**United States of America v. City of New York, et. al., 1:25-cv-04084**</u>

Dear Counsel:

We write on behalf of proposed *amici curiae* The Legal Aid Society, The Bronx Defenders, New York Legal Assistance Group, Unlocal, Inc., LatinoJustice PRLDEF, Immigrant Defense Project, New York County Defender Services, Brooklyn Defender Services, Neighborhood Defender Service of Harlem, and Make the Road New York. Pursuant to Rule IV(B)(3) of the Court's Individual Practice Rules, proposed *amici* are serving the following documents:

1. Notice of Unopposed Motion for Leave to File an *Amicus* Brief, dated December 9, 2025;
2. Memorandum of Law in Support of Consent Motion for Leave to File an *Amicus* Brief, dated December 9, 2025;
3. Proposed *Amicus* Brief, attached as Exhibit A to proposed *amici*'s Memorandum of Law.
4. Proposed Order, attached as Exhibit B to proposed *amici*'s Memorandum of Law.

Pursuant to Rule IV(B)(3), we will file these documents via the Court's CM/ECF system on January 23, 2026, unless the Court directs otherwise.

                    Sincerely,

                    /s/ Meghna Philip
                    Meghna Philip
                    The Legal Aid Society

Cc: Hon. Ramon E. Reyes, Jr. (via ECF)