

December 9, 2025

<u>Via ECF</u>

Hon. Ramon E. Reyes, Jr.
U.S. District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States of America v. City of New York et al.*, 1:25-cv-04084-RER-PK

Dear Judge Reyes:

I am an attorney at the New York Civil Liberties Union Foundation (the "NYCLU") and represent the NYCLU and the New York Immigration Coalition who together seek leave to appear as *amici curiae* in the above-referenced matter. Today, I served the following documents on counsel for all parties:

1. Proposed *Amici*'s Letter Motion, dated December 9, 2025; and

2. Brief of *Amici Curiae* in Support of Defendant's Motion to Dismiss, dated December 9, 2025.

In accordance with Rule IV(B)(3) of the Court's Individual Practice Rules, I am enclosing a copy of the cover letter sent to the parties, attached hereto as <u>Exhibit A</u>. We will file our letter motion and proposed amicus brief on the docket at the conclusion of briefing on the Defendants' motion to dismiss, per the Court's order today.

Sincerely,

<u>/s/ Ifeyinwa Chikezie</u>
Ifeyinwa Chikezie
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, NY 10004
Tel: (212) 607-3300
ichikezie@nyclu.org

cc:     All counsel of record via ECF

1

# EXHIBIT A

Case 1:25-cv-04084-RER-PK   Document 29   Filed 12/09/25   Page 2 of 3 PageID #: 286

 

December 9, 2025

**By Email**

| | |
|---|---|
| Catherine M. Reno | Karen B. Selvin |
| Elianis N. Perez | Andrew Steffan |
| United States Department of Justice | Emeline Kong |
| P.O. Box 868 | New York City Law Department |
| Ben Franklin Station | 100 Church Street |
| Washington, D.C. 20044 | New York, NY 10007 |
| Catherine.M.Reno@usdoj.gov | kselvin@law.nyc.gov |
| Elianis.Perez@usdoj.gov | asteffan@law.nyc.gov |
| | emkong@law.nyc.gov |

Re: *United States of America v. City of New York et al.*, 1:25-cv-04084-RER-PK

Counsel:

I am an attorney at the New York Civil Liberties Union Foundation (the "NYCLU") and represent the NYCLU and the New York Immigration Coalition who together seek leave to appear as *amici curiae* in the above-referenced matter. In accordance with Rule IV(B)(3) of the Court's Individual Practice Rules, proposed *amici* are hereby serving the following documents:

1. Proposed *Amici*'s Letter Motion, dated December 9, 2025; and

2. Brief of *Amici Curiae* in Support of Defendant's Motion to Dismiss, dated December 9, 2025.

Sincerely,

*/s/ Ifeyinwa Chikezie*
Ifeyinwa Chikezie
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, NY 10004
Tel: (212) 607-3300
ichikezie@nyclu.org

cc:   Hon. Ramon E. Reyes, Jr. (Via ECF)

1