AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| The United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-04084 |
| City of New York, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Seventy-Five Cities, Counties, and Elected Officials.

Date:   12/09/2025

/s/ Erin Monju
*Attorney's signature*

Erin Monju #5160908
*Printed name and bar number*

490 Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609

*Address*

erin@publicrightsproject.org
*E-mail address*

(510) 738-6788
*Telephone number*

*FAX number*