

December 9, 2025

Hon. Ramon E. Reyes, Jr.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *United States v. City of New York*, No. 25-cv-04084

Dear Judge Reyes:

      I represent *amici* seventy-five cities, counties, and elected officials in the above-captioned case. I write to confirm that, today, I served on counsel for all parties the *amici*'s Unopposed Motion for Leave to File *Amicus Curiae* Brief in Support of Defendant's Motion to Dismiss, with the proposed *amicus* brief attached as Exhibit A. We will file our motion and proposed *amicus* brief on the docket at the conclusion of briefing on the motion to dismiss, per the Court's guidance.

Sincerely,

/s/ *Erin Monju*

Erin Monju
Senior Staff Attorney

Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
erin@publicrightsproject.org