

December 9, 2025

RE:   **United States v. City of New York (25-cv-04084)**

Dear Judge Reyes:

The Brennan Center for Justice at NYU School of Law represents a group of former law enforcement professionals who seek to file a brief of *amicus curiae* in support of Defendants' motion to dismiss (Docket No. 21) in the above-referenced matter.

Today, I served the following documents, all dated December 9, 2025, via email on counsel for all parties:

1. Notice of unopposed motion for leave to file a brief of *amicus curiae*
2. Memorandum of law in support of unopposed motion for leave to file a brief of *amicus curiae*
3. Proposed brief of *amici curiae* in support of Defendant's motion to dismiss, attached as Exhibit A to proposed *amici*'s notice of motion
4. Proposed order on unopposed motion for leave to file a brief of *amicus curiae*, attached as Exhibit B to proposed *amici*'s notice of motion

Consistent with Rule IV(B)(3) of the Court's Individual Practice Rules, I am enclosing a copy of the cover letter sent to the parties as **Exhibit A** to this letter. We will file our notice of motion and all accompanying documents on the docket at the conclusion of briefing on the Defendants' motion to dismiss, per the Court's order today. Additionally, we respectfully thank the Court for its guidance on this procedure.

Respectfully submitted,

/s/ Ames C. Grawert

Ames C. Grawert
Brennan Center for Justice
 at NYU School of Law

(646) 292-8354

To:   All counsel of record (via ECF)

Brennan Center for Justice at New York University School of Law
120 Broadway, Suite 1750   New York, NY 10271

# EXHIBIT A



December 9, 2025

RE:   United States v. City of New York (25-cv-04084)

Counsel:

The Brennan Center for Justice at NYU School of Law represents a group of former law enforcement professionals who seek to file a brief of *amicus curiae* in support of Defendants' motion to dismiss (Docket No. 21) in the above-referenced matter.

Consistent with Rule IV(B)(3) of the Court's Individual Practice Rules, proposed *amici* hereby serve the following documents:

1. Notice of unopposed motion for leave to file a brief of *amicus curiae*
2. Memorandum of law in support of unopposed motion for leave to file a brief of *amicus curiae*
3. Proposed brief of *amici curiae* in support of Defendant's motion to dismiss, attached as Exhibit A to proposed *amici*'s notice of motion
4. Proposed order on unopposed motion for leave to file a brief of *amicus curiae*, attached as Exhibit B to proposed *amici*'s notice of motion

Very truly yours,

/s/ Ames C. Grawert

Ames C. Grawert
Brennan Center for Justice
 at NYU School of Law

(646) 292-8354

Cc:   Hon. Ramon E. Reyes, Jr. (via ECF)

Brennan Center for Justice at New York University School of Law
120 Broadway, Suite 1750   New York, NY 10271