UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>    *Plaintiff*,<br><br>v.<br><br>City of New York et al.,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-04084 (RER) |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that the undersigned enters his appearance as counsel in this action on behalf of proposed amicus curiae Brooklyn Defender Services. I certify that I am admitted to practice in this Court.

Dated: January 21, 2026
       Brooklyn, New York

Respectfully submitted,

*/s/ Lucas Marquez*
Lucas Marquez, Esq.
BROOKLYN DEFENDER SERVICES
177 Livingston Street, 7th Floor
Brooklyn, NY 11201
(718) 254-0700
lmarquez@bds.org