

**U.S. Department of Justice**
Civil Division

*Washington, DC 20044*

_____

**VIA Email**  January 21, 2026

Karen B. Selvin
Andrew T. Steffan
Emeline Kong
Assistant Corporation Counsel
Corporation Counsel of the City of New York
Attorneys for Defendants
100 Church Street
New York, NY 10007
kselvin@law.nyc.gov
asteffan@law.nyc.gov
emkong@law.nyc.gov

      Re: *United States of America v. City of New York, et al.*, No. 1:25-cv-04084 (RER) (E.D.N.Y.)

Dear Counsel:

      I am an Acting Assistant Director with the U.S. Department of Justice, Civil Division, Office of Immigration Litigation, and I represent the Plaintiff in the above-referenced matter. In accordance with Rule IV(B)(3) of the Court's Individual Practice Rules, as well as the briefing schedule ordered by the Court on December 12, 2025, Plaintiff is hereby serving the following document:

    1. Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss.

                                              Respectfully Submitted,

| | |
|---|---|
| BRETT A. SHUMATE | s/ Catherine M. Reno |
| Assistant Attorney General | CATHERINE M. RENO |
| DREW C. ENSIGN | Acting Assistant Director |
| Deputy Assistant Attorney General | United States Department of Justice |
| CHARLES E.T. ROBERTS | Civil Division |
| Counsel to the Assistant Attorney General | Office of Immigration Litigation |
| Civil Division | |
| ELIANIS N. PEREZ | *Attorneys for the United States* |
| Assistant Director | |
| Office of Immigration Litigation | |
| SUSAN ANSARI | |
| VICTORIA TURCIOS | |
| Trial Attorneys | |

cc: Hon. Ramon E. Reyes, Jr. (Via ECF)