# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-04084 |
| City of New York et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

proposed amici curiae The Legal Aid Society, Immigrant Defense Project, and Make the Road New York .

Date: 01/22/2026

/s/ Jodi Ziesemer
*Attorney's signature*

Jodi Ziesemer 5227194
*Printed name and bar number*

New York Legal Assistance Group (NYLAG)
100 Pearl Street, 19th Floor
New York, NY 10004
*Address*

jziesemer@nylag.org
*E-mail address*

(212) 613-5013
*Telephone number*

(212) 714-7333
*FAX number*

CERTIFICATE OF SERVICE

I, Jodi Ziesemer, hereby certify that on January 22, 2026, I caused the foregoing Notice of Appearance to be filed via the Court's CM/ECF system, which will provide notice to all counsel of record.

_____
Jodi Ziesemer