**EXECUTIVE DIRECTOR & GENERAL COUNSEL**
Dale L. Wilcox

**DEPUTY EXECUTIVE DIRECTOR**
Matthew J. O'Brien

**DEPUTY GENERAL COUNSEL**
Christopher J. Hajec

**BOARD OF DIRECTORS**
Dale M. Herder, Ph.D., Chairman
Donald A. Collins Jr., Vice Chairman
Duane Austin
Kevin Donaleski
Cynthia Matthews
S. Blake Swensrud II

**NATIONAL BOARD OF ADVISORS**
Nancy Anthony
The Hon. Louis Barletta
Sharon Barnes
Gwat Bhattacharjie
Gerda Bikales
The Hon. Brian Bilbray
J. Bayard Boyle Jr.
Hugh Brien
John Brock
Donald A. Collins Sr.*
Clifford Colwell, M.D.
Thomas Connolly
Dino Drudi
Bob Eggle, Capt., USAR (Ret.)
Steven G. Erwood
Don Feder
Robert Gillespie
Joseph R. Guzzardi
Sheriff Thomas Hodgson
Glenn Jackson
Carol Joyal
Douglas Kent
Roy C. Lierman
Jack Martin
Scott McConnell
James G. McDonald, Esq.
Cynthia Mirsky
Peter Nuñez
Randall Pullen
Bruce S. Reid
Teela Roche
The Hon. Lamar Smith
John Philip Sousa IV
Mary Lou Tanton
The Hon. Curtin Winsor Jr.

*Board of Directors Emeritus*

FAIR is a nonprofit public interest organization working to end illegal immigration and to set levels of legal immigration that are consistent with the national interest.



January 30, 2026

VIA EMAIL

Karen B. Selvin
Andrew T. Steffan
Emeline Kong
Assistant Corporation Counsel
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007
kselvin@law.nyc.gov; asteffan@law.nyc.gov; emkong@law.nyc.gov

Re: *United States of America v. City of New York*, et al.,
No. 1:25-cv-04084 (RER) (E.D.N.Y.)

Dear Counsel:

In accordance with Rule IV(B)(3) of the Court's Individual Practice Rules, as well as the briefing schedule ordered by the Court on December 12, 2025, I am hereby serving the following documents:

1. FAIR's Motion for leave to file an *amicus* brief in support of Plaintiff and in opposition to Defendants' motion to dismiss;
2. FAIR's Proposed *amicus curiae* brief; and
3. A proposed order.

Respectfully Submitted,
s/ Edwin E. Pieters
    edwin.pieters1083@gmail.com

cc:
ELIANIS N. PEREZ
elianis.perez@usdoj.gov
CATHERINE RENO
catherine.m.reno@usdoj.gov
Office of Immigration Litigation
Civil Division, Department of Justice

Hon. Ramon E. Reyes, Jr. (via ECF)



25 Massachusetts Avenue NW, Suite 330 • Washington, DC 20001 • (202) 328-7004 • (202) 387-3447 fax
www.FAIRus.org