BRETT A. SHUMATE
Assistant Attorney General
DREW C. ENSIGN
Deputy Assistant Attorney General
CHARLES E.T. ROBERTS
Counsel to the Assistant Attorney General
Civil Division
ELIANIS N. PEREZ
Assistant Director
CATHERINE M. RENO
Acting Assistant Director
Office of Immigration Litigation
General Litigation and Appeals Section

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF NEW YORK; ERIC L. ADAMS, Mayor of The City of New York, in his official capacity; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, Speaker of the New York City Council, in her official capacity; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, Commissioner of the New York City Department of Correction, in her official capacity; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, Commissioner of the New York City Department of Probation, in her official capacity; NEW YORK CITY POLICE DEPARTMENT; JESSICA S. TISCH, Commissioner of the New York City Police Department, in her official capacity, <br><br> Defendants. | 1:25-cv-04084-RER-PK <br><br> MOTION TO WITHDRAW AS ATTORNEY OF RECORD |

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4, Elianis N. Perez respectfully moves to withdraw as counsel for Plaintiff United States of America in the above-captioned action. Undersigned counsel will no longer be employed by the U.S. Department of Justice and is therefore unable to continue representing the Plaintiff in this matter. Plaintiff remains represented by other counsel from the U.S. Department of Justice. A copy of this motion has been served on counsel for all parties by ECF.

DATED: February 9, 2025

BRETT A. SHUMATE
Assistant Attorney General
DREW C. ENSIGN
Deputy Assistant Attorney General
CHARLES E.T. ROBERTS
Counsel to the Assistant Attorney General
Civil Division

CATHERINE M. RENO
Acting Assistant Director

*/s/ ELIANIS N. PEREZ*
ELIANIS N. PEREZ
Assistant Director
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-7294
Fax: (202) 305-7000
Email: elianis.perez@usdoj.gov

*Attorneys for the United States*