UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                                                    Plaintiff,

                    -against-

CITY OF NEW YORK; ERIC ADAMS, Mayor of The
City of New York, in his official capacity; NEW YORK
CITY COUNCIL; ADRIENNE E. ADAMS, Speaker of the
New York City Council, in her official capacity; NEW
YORK CITY DEPARTMENT OF CORRECTION;
LYNELLE MAGINLEY-LIDDIE, Commissioner of the
New York City Department of Correction, in her official
capacity; NEW YORK CITY DEPARTMENT OF
PROBATION; JUANITA N. HOLMES, Commissioner of
the New York City Department of Probation, in her official
capacity; NEW YORK CITY POLICE DEPARTMENT;
JESSICA S. TISCH, Commissioner of the New York City
Police Department, in her official capacity,

                                                    Defendants.

----------------------------------------------------------------------x

**NOTICE OF MOTION**

No.: 1:25-cv-04084 (RER)(PK)

 

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law,

dated December 2, 2025, and upon all of the papers and proceedings had herein, the Defendants

will move this Court, before the Honorable Ramon E. Reyes, Jr., at the United States Courthouse

for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York,

on a date and at a time to be designated by the Court, for an order pursuant to Rule 12(b)(6) of

the Federal Rules of Civil Procedure, dismissing the Complaint, together with such other and

further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to an Order of the Court, Plaintiff's response to this motion is due on or before December 23, 2025, and Defendants' reply, if any, is due on or before January 23, 2026.

Dated:      New York, New York
            December 2, 2025

                                MURIEL GOODE-TRUFANT
                                Corporation Counsel of the City of New York
                                Attorney for Defendants

                        By:    ___/s/ Karen B. Selvin_____
                                Karen B. Selvin
                                Andrew T. Steffan
                                Emeline Kong
                                *Assistant Corporation Counsels*
                                100 Church Street
                                New York, New York  10007
                                212-356-2208
                                kselvin@law.nyc.gov
                                asteffan@law.nyc.gov
                                emkong@law.nyc.gov

TO:     Catherine M. Reno
        Elianis N. Perez
        United States Department of Justice
        Civil Division
        Attorneys for Plaintiff
        P.O. Box 868
        Ben Franklin Station
        Washington, D.C. 20044
        catherine.m.reno@usdoj.gov
        elianis.perez@usdoj.gov