IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>THE CITY OF NEW YORK, *et al.*,<br><br>              Defendants. | Case No. 1:25-cv-4084<br>Judge Ramon E. Reyes, Jr. |

**[PROPOSED] ORDER**

Before the Court is Federation for American Immigration Reform's motion for leave to file a brief as *amicus curiae* in support of Plaintiff and in opposition to Defendants' motion to dismiss. For the reasons set forth by Movant, the motion is GRANTED.

SO ORDERED.

Dated this _____ day of _____, 2026

_____
RAMON E. REYES. JR.
UNITED STATES DISTRICT JUDGE