## CORPORATE DISCLOSURE STATEMENT

*Amicus Curiae* Federation for American Immigration Reform is a non-profit corporation that has no parent corporations, and no publicly held corporation owns 10% or more of any of its stock.

Dated: February 23, 2026 /s/ Edwin E. Pieters