UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| THE UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 1:25-cv-4084 (RER) |
| v. | |
| CITY OF NEW YORK *et al.*, | |
| Defendants. | |

## NOTICE OF MOTION FOR LEAVE TO FILE AN AMICUS BRIEF

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the proposed amicus brief attached as Exhibit A, and all prior pleadings and proceedings herein, proposed *amici curiae* The Legal Aid Society, Bronx Defenders, New York Legal Assistance Group, Unlocal, Inc., LatinoJustice PRLDEF, Immigrant Defense Project, New York County Defender Services, Brooklyn Defender Services, Neighborhood Defender Service of Harlem, and Make The Road New York by their undesigned attorneys, will move this Court, before the Honorable Ramon E. Reyes, Jr. at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY, at a date and time to be designated by the Court, for an order a) granting them leave to file the attached amicus curiae brief in support of Defendants' motion to dismiss and b) granting any other relief that the Court deems just and proper, pursuant to the Court's inherent authority and discretion.

Counsel for Plaintiff and Defendants have consented to the relief sought by this motion.

1

Dated: December 9, 2025
New York, NY

Respectfully submitted,

/s/ Meghna Philip

Meghna Philip
Hasan Shafiqullah
Paula Garcia Salazar
Brian Perbix
Evan Henley
THE LEGAL AID SOCIETY
49 Thomas Street, Floor 10
New York, NY 10013
(212) 577-3367
mphilip@legal-aid.org
*Counsel for The Legal Aid Society, Immigrant Defense Project, and Make The Road New York*

Rosa Cohen-Cruz
THE BRONX DEFENDERS
360 E. 161st Street
Bronx, NY 10451
(718) 508-3402
rosac@bronxdefenders.org

Jodi Ziesemer
NEW YORK LEGAL ASSISTANCE GROUP
100 Pearl Street, 19th Floor
New York, NY 10004
(212) 613-5013
jziesemer@nylag.org

Kendal Nystedt
UNLOCAL, INC.
45 W. 29th Street, Suite 203
New York, NY 10001
(646) 240-4135
kendal@unlocal.org

Jose Perez
Rex Chen
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 219-3360
jperez@latinojustice.org
rchen@latinojustice.org

Stan Germán
NEW YORK COUNTY DEFENDER SERVICES
100 William Street, 20th Floor
New York, NY 10038
(917) 522-8234
sgerman@nycds.org

Lucas Marquez
BROOKLYN DEFENDER SERVICES
177 Livingston Street, 7th Floor
Brooklyn, NY 11201
(718) 254-0700
lmarquez@bds.org

Scott Foletta
NEIGHBORHOOD DEFENDER SERVICE OF HARLEM
317 Malcolm X. Boulevard
New York, NY 10027
(212) 876-5500
sfoletta@ndsny.org

To:

All counsel of record
*Via Email and ECF*

# **CERTIFICATE OF SERVICE**

I, Evan Henley, hereby certify that on December 9, 2025, I caused this Notice of Motion and the attached Memorandum of Law, Exhibit A (Proposed Amicus Brief), and Exhibit B (Proposed Order) to be served via email to Plaintiff's counsel at Catherine.M.Reno@usdoj.gov and Elianis.Perez@usdoj.gov and Defendants' counsel at kselvin@law.nyc.gov, asteffan@law.nyc.gov, and emkong@law.nyc.gov, pursuant to the Rule IV.B.3.b of the Court's Individual Practice Rules.

/s/ Evan Henley
Evan Henley