UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEW YORK *et al.*,<br><br>Defendants. | Case No. 1:25-cv-4084 (RER) |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION BY THE LEGAL AID SOCIETY, BRONX DEFENDERS, NEW YORK LEGAL ASSISTANCE GROUP, UNLOCAL, INC., LATINOJUSTICE PRLDEF, IMMIGRANT DEFENSE PROJECT, NEW YORK COUNTY DEFENDER SERVICES, BROOKLYN DEFENDER SERVICES, NEIGHBORHOOD DEFENDER SERVICE OF HARLEM, AND MAKE THE ROAD NEW YORK FOR LEAVE TO FILE AN AMICUS BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

# **TABLE OF CONTENTS**

I. Introduction ................................................................................................................. 1

II. Statements of Interest ................................................................................................. 2

III. Why an Amicus Brief Would be Helpful to the Court ............................................... 5

IV. Why the Matters Asserted Are Relevant to the Disposition of the Case ................... 5

V. Conclusion .................................................................................................................. 6

I. **Introduction**

Proposed *amici curiae* ("*amici*") respectfully request permission to file the amicus brief attached as Exhibit A in support of Defendants' motion to dismiss. *Amici* are legal services and community-based organizations whose clients and members benefit from New York City Administrative Code §§ 9-131, 9-205, 14-154, and 10-178, and New York City Police Department Operations Order No. 4 (Jan. 18, 2025) (the "sanctuary laws"), which the United States challenges in this litigation. *Amici* represent their clients in criminal cases and matters related to the City's jails and probation system, and their clients and members rely on City services that the sanctuary laws help make accessible. The Court should grant *amici*'s motion because they have specialized knowledge regarding the subject matter of this litigation and a unique perspective that can benefit the Court. *See, e.g.*, *Verizon N.Y. v. Westhampton Beach*, No. 11-252, 2014 U.S. Dist. LEXIS 204569, at *3-5 (E.D.N.Y. Mar. 31, 2014) (citations omitted).

In this memorandum, *amici* succinctly set forth the nature of their interests, why an amicus brief would be helpful to the Court, and why the matters asserted are relevant to the disposition of the case.

Counsel for Plaintiff and Defendants have consented to the relief sought by this motion.

II. **Statements of Interest**

A. **The Legal Aid Society** ("Legal Aid") has provided free legal services to low-income people in New York City since 1876. As the primary provider of indigent criminal defense services in New York City, Legal Aid's Criminal Defense Practice defends the rights of thousands of New Yorkers accused of crimes. Legal Aid's Immigration Law Unit is a leader in the provision of legal services in immigration matters. Legal Aid's Civil Practice represents tenants, survivors of domestic violence, public benefits applicants and recipients, and workers, among others, in a wide variety of cases. Legal Aid's Law Reform Units engage in policy advocacy and affirmative

1

litigation to respond to emergent issues and protect and expand the rights of our clients. Legal Aid's staff has deep interdisciplinary expertise on laws protecting the rights of New Yorkers, including immigrants, and on ICE's operations., including immigrants, and on ICE's operations.

B. **Bronx Defenders** ("BxD") is a legal services organization that represents clients who are immigrants and clients who live in communities with immigrants. Our clients have an interest in the real-life impact of these laws, including preventing extended detention in criminal cases and mitigating the chilling effect that local immigration enforcement has on services like hospitals, courts, and 911 emergency response. BxD also has an organizational interest in preserving sanctuary laws because they help us provide high-quality holistic defense to Bronx residents in need. Representing clients who are subject to extended detention and afraid of engaging with government services takes more time and more specialists staffed on individual cases, straining BxD's resources and potentially reducing the total clients BxD can serve.

C. **New York Legal Assistance Group** ("NYLAG"), founded in 1990, is a leading civil legal services organization combatting economic, racial, and social injustice by advocating for people experiencing poverty or in crisis. The Immigrant Protection Unit of NYLAG provides legal consultation and representation to immigrant New Yorkers. We have a robust practice of affirmative applications for naturalization, lawful permanent residency, and protection for immigrant survivors of violence as well as removal defense in both the detained and non-detained contexts. NYLAG participates in the New York Immigrant Family Unity Project (NYIFUP), providing universal representation to immigrant New Yorkers facing the revocation of status and removal from the United States while in ICE custody. NYLAG has developed expertise in post-removal order defense as well as the complex intersection of criminal and immigration law.

D.  **Unlocal, Inc.** UnLocal, Inc. is a community-centered non-profit organization that provides legal representation and community education to New York City's immigrant communities. UnLocal depends upon the preservation of NYC's Sanctuary Laws in our legal advice, representation, and community education work.

E.  **LatinoJustice PRLDEF** ("LatinoJustice") Founded in 1972, LatinoJustice PRLDEF's mission is to use and challenge laws to create a more just and equitable society, transform harmful systems, empower Latino communities, fight for racial justice, and grow the next generation of leaders. For over fifty years, LatinoJustice has litigated landmark civil rights cases and advanced policy reforms in our primary pillars of practice including immigrants' rights. LatinoJustice has filed, joined and supported numerous amicus briefs supporting and defending immigrants' rights.

F.  **Immigrant Defense Project** ("IDP") is a New York-based nonprofit legal resource, training and advocacy organization dedicated to promoting fundamental fairness for immigrants accused or convicted of crimes. Since 1997, IDP has published the premier legal resource and treatise on criminal-immigration law for defense counsel in New York State, which is updated annually. As an organization devoted to fair treatment for immigrants involved in the criminal legal system, IDP is deeply committed to defending New York City's sanctuary laws and policies, which help ensure that New Yorkers can safely exercise their constitutional rights and help ensure that our city resources allow all New Yorkers to thrive.

G.  **New York County Defender Services** ("NYCDS") is a public defender office serving indigent clients in the borough of Manhattan since 1997. Like other *amici*, NYCDS provides comprehensive legal advocacy for its clients facing all manner of criminal charges and the related collateral impacts of criminal prosecution. NYCDS's Immigration Unit is specifically

3

tasked with aiding and advising each and every NYCDS client with immigration concerns or otherwise facing immigration consequences as a result of their criminal case. In collaboration with Immigration and other units, NYCDS's Policy Team engages in advocacy and affirmative litigation to respond to emergent issues and advocate for systemic reforms that impact all clients, regardless of citizenship. Amicus bears witness every day to the disproportionate impacts of the justice system borne by our non-citizen clients, in and out of the courtroom.

H. **Brooklyn Defender Services** ("BDS") is one of the largest public defense offices in New York State, representing low-income people in criminal, family, civil, and immigration proceedings each year. Our criminal defense practice represents people charged with crimes in Brooklyn and Queens. Since 2009, BDS has counseled thousands of clients in immigration matters, including deportation defense, affirmative applications, advisal, and immigration consequence consultations in the criminal court system. For over twenty-five years, BDS has worked, in and out of court, to protect and uphold civil rights and change laws and systems that perpetuate injustice and inequality.

I. **Neighborhood Defender Service of Harlem** ("NDS") is known nationally and internationally for its innovative, community-based, holistic public defense practice. Since opening its doors in Harlem in 1990, NDS has pioneered the holistic interdisciplinary model of public defense in criminal, civil and family court proceedings. NDS attorneys, social workers, client advocates, litigation assistants, and administrative staff have worked together to represent thousands of clients.

J. **Make The Road New York** ("MRNY") is a nonprofit, membership-based community organization that integrates community organizing, adult and youth education, legal and survival services, and policy advocacy, in a holistic approach to help low-income New Yorkers improve

4

their lives and neighborhoods. MRNY has over 170 staff, over 28,000 members, and five offices spread throughout New York City, Long Island, and Westchester. MRNY is at the forefront of numerous initiatives to analyze, develop, and improve civil and human rights for immigrant communities, including issues related to detention and deportation of immigrant community members. Its attorneys and accredited representatives regularly represent both detained and non-detained clients in the greater New York City area in immigration matters, as well as represent clients in their legal matters in various state courts, including housing and family court.

### III. Why an Amicus Brief Would be Helpful to the Court

*Amici*'s clients and members are the direct beneficiaries of the sanctuary laws. The sanctuary laws help protect them from a pronounced chilling effect that would otherwise impair their ability to access the court system (including ancillary services such as treatment diversion programs), obtain needed public benefits, and otherwise exercise rights guaranteed by the United States and New York Constitutions. Drawing on *amici*'s clients' and members' experiences, the amicus brief explains how the sanctuary laws advance important state public health and safety priorities and help ensure that New York complies with its constitutional obligations. In sum, the amicus brief explains why New York City has good reason to decline to participate in federal immigration enforcement.

### IV. Why the Matters Asserted Are Relevant to the Disposition of the Case

As set forth above, the amicus brief illustrates how the sanctuary laws serve core state health, safety, and resource management interests unrelated to immigration and respect New York City's constitutional and statutory obligations. The Tenth Amendment protects New York City's exercise of its police powers to advance these interests. *See California v. United States*, 921 F.3d 865, 889-891 (9th Cir. 2019). Because the Constitution safeguards New York City's police powers to protect health and safety, the United States cannot prevail on its claims that federal law preempts

5

the City's exercise of them, *see, e.g.*, *United States v. California*, 314 F. Supp. 3d 1077, 1105 (E.D. Cal. 2018), and the Court should grant Defendants' motion to dismiss.

V. **Conclusion**

For the foregoing reasons, the Court should grant *amici* leave to file the attached amicus brief.

Respectfully submitted,
/s/ Meghna Philip
_____

Meghna Philip
Hasan Shafiqullah
Paula Garcia Salazar
Brian Perbix
Evan Henley
THE LEGAL AID SOCIETY
49 Thomas Street, Floor 10
New York, NY 10013
(212) 577-3367
mphilip@legal-aid.org
*Counsel for The Legal Aid Society,
Immigrant Defense Project, and
Make The Road New York*

Rosa Cohen-Cruz
THE BRONX DEFENDERS
360 E. 161st Street
Bronx, NY 10451
(718) 508-3402
rosac@bronxdefenders.org

Jodi Ziesemer
NEW YORK LEGAL ASSISTANCE
GROUP
100 Pearl Street, 19th Floor
New York, NY 10004
(212) 613-5013
jziesemer@nylag.org

Kendal Nystedt
UNLOCAL, INC.
45 W. 29th Street, Suite 203
New York, NY 10001
(646) 240-4135
kendal@unlocal.org

Jose Perez
Rex Chen
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 219-3360
jperez@latinojustice.org
rchen@latinojustice.org

Stan Germán
NEW YORK COUNTY DEFENDER SERVICES
100 William Street, 20th Floor
New York, NY 10038
(917) 522-8234
sgerman@nycds.org

Lucas Marquez
BROOKLYN DEFENDER SERVICES
177 Livingston Street, 7th Floor
Brooklyn, NY 11201
(718) 254-0700
lmarquez@bds.org

Scott Foletta
NEIGHBORHOOD DEFENDER SERVICE OF HARLEM
317 Malcolm X. Boulevard
New York, NY 10027
(212) 876-5500
sfoletta@ndsny.org

## CERTIFICATION UNDER LOCAL CIVIL RULE 7.1(c)

In accordance with Local Civil Rule 7.1(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the undersigned certifies that the word count in this amicus brief (not including the caption, table of contents, table of authorities, and signature block as well as this certification), as established using the word count function on Microsoft Word, complies with the word-count limitations of this Court and is 1,530 words.

                                              /s/ Evan Henley
                                              Evan Henley