# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEW YORK *et al.*,<br><br>Defendants. | Case No. 1:25-cv-4084 (RER) |

**[PROPOSED] ORDER**

The Legal Aid Society, Bronx Defenders, New York Legal Assistance Group, Unlocal, Inc., LatinoJustice PRLDEF, Immigrant Defense Project, New York County Defender Services, Brooklyn Defender Services, Neighborhood Defender Service of Harlem, and Make the Road New York have moved for leave to file an amicus brief in support of Defendants' motion to dismiss.

It is hereby ordered that the motion is GRANTED.

IT IS SO ORDERED.

Date: _____

_____
Hon. Ramon E. Reyes, Jr.
United States District Judge