**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, *et al.*,<br><br>Defendants. | No. 1:25-cv-04084 |

**MOTION OF CITIES, COUNTIES, AND ELECTED OFFICIALS FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Cities, Counties, and Elected Officials (collectively "Proposed Amici"), hereby move for leave to appear as *amicus curiae* and file an amicus brief in support of Defendants' motion to dismiss. Amici state as follows:

1.  Proposed Amici are seventy-five cities, counties, and local elected officials across the country.

2.  "District courts have broad discretion in deciding whether to accept amicus briefs." *In re HSBC Bank, USA, NA., Debit Card Overdraft Fee Litig.*, 14 F. Supp. 3d 99, 103 (E.D.N.Y. 2014) (citation omitted). Such briefs are "desirable" when the "when the amicus has an interest in some other case that may be affected by the decision in the present case . . . or when the amicus has unique information or perspective that can help the court beyond the help that lawyers for the parties are able to provide." *Jamaica Hosp. Med. Ctr., Inc. v. United Health Group, Inc.*, 584 F. Supp. 2d 489, 497 (E.D.N.Y. 2008). Moreover, "a public body clothed with

powers and duties affecting the public interest, and involved in the subject matter presented before the court, may be entitled to the favor of appearing as amicus curiae." *Andersen v. Leavitt*, No. 03-CV-6115 DRHARL, 2007 WL 2343672, at \*2 (E.D.N.Y. Aug. 13, 2007) (citation omitted).

3.    Here, the proposed Amici—consisting of public bodies and public officials—are involved in the subject matter presented before the court because many of their jurisdictions have adopted policies similar to those at issue in this case. Several of Proposed Amici also face similar lawsuits filed by the federal government. In this case, as in other similar cases, the federal government attempts to upset the careful balance of power inherent in principles of federalism and to remove local government authority to adopt law enforcement policies that advance the interests of their communities. Proposed Amici have a strong interest in ensuring that their jurisdictions retain the ability to organize their own law enforcement priorities without improper interference from the federal government.

4.    Proposed Amici also provide information that is timely and useful. In particular, the proposed brief describes the extensive social science research amici have collected supporting the adoption of so-called sanctuary policies. This research demonstrates that such policies make local jurisdictions safer, healthier, and more economically prosperous.

5.    A copy of the proposed brief has been submitted with this motion.

6.    Undersigned counsel contacted counsel for the parties to this litigation by email on December 9, 2025 to seek their position regarding this motion. Counsel for plaintiff consented to the filing of a timely amicus brief, and counsel for defendants consented to the filing of an amicus brief.

**CONCLUSION**

For the foregoing reasons, Proposed Amici respectfully request that the Court grant the

motion for leave to appear as *amicus curiae* and to file the attached brief.

Dated: December 9, 2025                      Submitted By:

/s/ *Erin Monju*                             /s/ *Karianne Jones*
Erin Monju                                   Karianne Jones*
Public Rights Project                        Evergreen Legal Strategies LLP
490 43rd Street, Unit #115                   1763 Columbia Rd NW, Suite 100
Oakland, CA 94609                            Washington, D.C. 20009
erin@publicrightsproject.org                 karianne@evergreenlegalstrategies.com



                                             *Application for admission *pro hac vice*
                                             forthcoming


*Attorneys for Proposed Amici Curiae*
*Seventy-Five Cities, Counties,*
*and Elected Officials*

3