UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, *et al.*,<br><br>Defendants. | No. 1:25-cv-04084 |

**[PROPOSED] ORDER**

Before the Court is 75 Cities, Counties, and Elected Officials' motion for leave to file a brief as *amicus curiae* in support of Defendants' motion to dismiss. For the reasons set forth by Movant, the motion is GRANTED.

SO ORDERED.

Dated this ___ day of ____, 2026

_____
RAMON E. REYES. JR.
UNITED STATES DISTRICT JUDGE