## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 23, 2026, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service which I understand to have caused service on the parties' counsel.

Dated: February 23, 2026　　　　　　　　　　　　　　　*/s/ Erin Monju*

                                                                                  Erin Monju  
                                                                                  Public Rights Project  
                                                                                  490 43rd Street, Unit #115  
                                                                                  Oakland, CA 94609  
                                                                                 erin@publicrightsproject.org