**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF NEW YORK; ERIC L. ADAMS, Mayor of The City of New York, in his official capacity; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, Speaker of the New York City Council, in her official capacity; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, Commissioner of the New York City Department of Correction, in her official capacity; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, Commissioner of the New York City Department of Probation, in her official capacity; NEW YORK CITY POLICE DEPARTMENT; JESSICA S. TISCH, Commissioner of the New York City Police Department, in her official capacity,<br><br>    Defendants. | **NOTICE OF MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE**<br><br>No. 25-cv-04084-RER-PK |

**PLEASE TAKE NOTICE** that Christopher Burbank, Dr. Tracie L. Keesee, Beth McCann, Benjamin Tucker, and Cyrus Vance, Jr. (collectively, proposed *amici* "Former Law Enforcement Officials") respectfully move this Court, before the Honorable Ramon E. Reyes, Jr., at the United States District Court, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order granting leave to file a brief of *amici curiae* in support of the Defendants' motion to dismiss the complaint (ECF 21).  A memorandum of law in support of the motion is attached hereto.  A

copy of the proposed brief is included as **Exhibit A**.  A proposed Order granting the motion is

included as **Exhibit B**.

Dated: December 9, 2025                    Respectfully submitted,

By:        /s/ Ames C. Grawert
           Ames C. Grawert
           Brennan Center for Justice
            at NYU School of Law

           *Counsel for Proposed Amici*
           *Curiae Former Law Enforcement*
           *Officials*

To:            All counsel of record (via ECF)

2