

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Karen B. Selvin
phone: (212) 356-2208
fax: (212) 356-2019
kselvin@law.nyc.gov

February 26, 2026

**VIA ECF**
Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>United States of America v. City of New York, et al.</u>, 1:25-cv-04084 (RER)

Dear Judge Reyes:

 I am an attorney in the office of Steven Banks, Corporation Counsel of the City of New York, and represent Defendants in the above-entitled action. I respectfully write to inform the Court that certain public officeholders who are named as defendants in their official capacity in this action have left office. Since Plaintiff filed its complaint, the following changes have occurred:

- Eric L. Adams has been succeeded as Mayor of New York City by Zohran Kwame Mamdani
- Adrienne E. Adams has been succeeded as Speaker of the New York City Council by Julie Menin
- Lynelle Maginley-Liddie has been succeeded as Commissioner of the New York City Department of Correction by Stanley Richards, and
- Juanita N. Holmes has been succeeded as Commissioner of the New York City Department of Probation by Sharun Goodwin.[1]

 Successors to public offices are "automatically substituted" as parties pursuant to Federal Rule of Civil Procedure 25(d). *See Tanvir v. Tanzin*, 894 F.3d 449, 459 n.7 (2d Cir. 2018) ("[I]f the defendant in an official capacity suit leaves office, the successor to the office replaces the originally named defendant."), *aff'd,* 592 U.S. 43 (2020). Accordingly, Defendants respectfully request that this Court substitute the aforementioned City officeholders as parties to this action.

---

[1] Jessica Tisch remains NYPD Commissioner.

Respectfully submitted,

      /s/
Karen B. Selvin
Assistant Corporation Counsel

cc: Plaintiff's Counsel of Record (via ECF)