

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**KAREN B. SELVIN**
Phone: (212) 356-2208
Fax: (212) 356-2019
kselvin@law.nyc.gov

March 31, 2026

**Via ECF**
Honorable Ramon E. Reyes, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States of America v. City of New York, et al., 1:25-cv-04084 (RER)

Your Honor:

This office represents the Defendants in the above-referenced action. I write to apprise the Court of a decision rendered today by District Judge Gordon P. Gallagher of the District of Colorado in the case of United States of America v. State of Colorado, et al., No. 1:25-cv-01391, a copy of which is attached hereto. In this case, the United States of America challenged four enacted Colorado state bills and two Denver municipal laws that limited the use of state and local resources for federal immigration enforcement purposes. In its decision, the District Court granted the defendants' motions to dismiss the complaint, pursuant to Fed. R. Civ. P. 12(b)(6), finding that the federal government's claims sought "to conscript Colorado and Denver resources to implement the federal immigration scheme" and, thus, ran afoul of the Tenth Amendment.

Defendants request that the Court consider this decision when evaluating Defendants' pending motion to dismiss.

Respectfully submitted,

_____/s/_____
Karen B. Selvin
Assistant Corporation Counsel

cc:  Plaintiff's Counsel of Record (**Via ECF**)