

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT

| | | |
|---|---|---|
| **STEVEN BANKS**<br>*Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | **KAREN B. SELVIN**<br>Phone: (212) 356-2208<br>Fax: (212) 356-2019<br>kselvin@law.nyc.gov |

June 23, 2026

**Via ECF**
Honorable Ramon E. Reyes, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    <u>United States of America v. City of New York, et al.</u>, 1:25-cv-04084 (RER)

Your Honor:

       This office represents the Defendants in the above-referenced action. I write to apprise the Court of an order issued on June 20, 2026, by District Judge Fernando M. Olguin of the Central District of California in the case of <u>United States of America v. City of Los Angeles, et al.</u>, Civil No. 25-5917 FMO (AYPx), a copy of which is attached hereto. In this case, the United States of America challenged an ordinance limiting the City of Los Angeles's cooperation with federal civil immigration enforcement. In its order, the District Court granted the defendants' motion to dismiss the complaint, finding that federal law does not preempt the ordinance and that the ordinance does not violate the intergovernmental immunity doctrine because it "controls the actions of [Los Angeles's] own agents and agencies" rather than those of the federal government.

       Defendants request that the Court consider this order when evaluating Defendants' pending motion to dismiss.

       Respectfully submitted,

          /s/
       Karen B. Selvin
       Assistant Corporation Counsel

cc:    Plaintiff's Counsel of Record (**Via ECF**)