

### THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**KAREN B. SELVIN**
Phone: (212) 356-2208
Fax: (212) 356-2019
kselvin@law.nyc.gov

June 26, 2026

**Via ECF**
Honorable Ramon E. Reyes, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     United States of America v. City of New York, et al., 1:25-cv-04084 (RER)

Your Honor:

This office represents the Defendants in the above-referenced action. I write to apprise the Court of an opinion issued on June 24, 2026 by District Judge Evelyn Padin of the District of New Jersey in the case of United States of America v. City of Newark, et al., Civil No. 25-cv-05081, a copy of which is attached hereto. In this case, the United States of America challenged policies enacted by four cities in New Jersey – Newark, Hoboken, Jersey City, and Paterson – limiting their voluntary assistance with federal civil immigration enforcement. In its opinion, the District Court granted the defendants' motions to dismiss the complaint finding that the federal government lacks standing.

Defendants request that the Court consider this opinion when evaluating Defendants' pending motion to dismiss.

Respectfully submitted,

_____/s/_____
Karen B. Selvin
Assistant Corporation Counsel

cc:     Plaintiff's Counsel of Record (**Via ECF**)