**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEW YORK; ERIC L. ADAMS, Mayor of The City of New York, in his official capacity; NEW YORK CITY COUNCIL; ADRIENNE E. ADAMS, Speaker of the New York City Council, in her official capacity; NEW YORK CITY DEPARTMENT OF CORRECTION; LYNELLE MAGINLEY-LIDDIE, Commissioner of the New York City Department of Correction, in her official capacity; NEW YORK CITY DEPARTMENT OF PROBATION; JUANITA N. HOLMES, Commissioner of the New York City Department of Probation, in her official capacity; NEW YORK CITY POLICE DEPARTMENT; JESSICA S. TISCH, Commissioner of the New York City Police Department, in her official capacity,<br><br>Defendants. | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>No. 25-cv-04084-RER-PK |

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4, undersigned counsel respectfully moves to withdraw Brianna Seid as counsel for Amici Curiae Former Law Enforcement Officials in the above-captioned action. Seid is no longer employed by the Brennan Center for Justice at NYU School of Law, counsel for Amici Curiae, and is therefore unable to continue representing Amici Curiae in this matter.

Undersigned counsel submits this withdrawal on her behalf and with her consent. Amici Curiae remain represented by the undersigned.

Dated: September 3, 2026

Respectfully submitted,

By: *__/s/ Ames C. Grawert__*

Ames C. Grawert
Brennan Center for Justice
at NYU School of Law

*Counsel for Amici Curiae Former Law Enforcement Officials*

To: All counsel of record (via ECF)

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2026, a true and accurate copy of this document was filed with and served via ECF in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and this Court's Individual Practice Rules.

*/s/ Ames C. Grawert*
Ames C. Grawert
Brennan Center for Justice
at NYU School of Law

*Counsel for Amici Curiae Former Law Enforcement Officials*