UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

Plaintiff,

v.

JUDGMENT

25-CV-04084 (RER) (PK)

CITY OF NEW YORK, ZOHRAN KWAME MAMDANI, NEW YORK CITY COUNCIL, JULIE MENIN, NEW YORK CITY DEPARTMENT OF CORRECTION, STANLEY RICHARDS, NEW YORK CITY DEPARTMENT OF PROBATION, SHARUN GOODWIN, NEW YORK CITY POLICE DEPARTMENT, AND COMMISSIONER JESSICA S TISCH,

Defendants.
-----------------------------------------------------------------X

A Memorandum and Order of the Honorable Ramon E. Reyes, United States District Judge, having been filed on October 15, 2026, granting Defendants' motion to dismiss; it is

ORDERED and ADJUDGED that judgment is entered in favor of Defendants.

Dated: Brooklyn, New York
October 16, 2026

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
Deputy Clerk